IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERNELL WATTS,**<br><br>Plaintiff,<br><br>v.<br><br>**CARDENAS, et al.,**<br><br>Defendants. | Case No. 2:23-cv-01297-CKD<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING, IT IS ORDERED** that Defendants' Motion for Administrative Relief Re: Extension of Time to Opt Out of Early ADR is **GRANTED**. Defendant's now have until April 15, 2024, in which to opt out of Early ADR.  The stay in this case is also extended up to, and including, June 26, 2024.

Dated:  February 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE