UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL WATTS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. CARDENAS, et al.,<br><br>    Defendants. | No. 2:23-cv-01297-DJC-CKD (PC)<br><br>ORDER |

    Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 2, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

    Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  The Court observes that in addition to fact that court orders that were mailed to Plaintiff were returned as undeliverable, the Defendant was not able to contact Plaintiff in order to participate in court-ordered alternate dispute resolution.  (ECF No. 15.)

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are adopted in full.

2. This action is dismissed without prejudice for failure to prosecute.  *See* Local Rule 183(b).

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 10, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

12/watt1297.803

2